# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150891

EARL H. ALLARD, JR.,
        Plaintiff-Appellant,

v

CHRISTINE A. ALLARD,
        Defendant-Appellee.

SC: 150891
COA: 308194
Wayne CC: 10-110358-DM

_____/

        On order of the Court, the application for leave to appeal the December 18, 2014 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether MCL 552.23 and MCL 552.401 are inapplicable where the parties entered into an antenuptial agreement; and (2) whether the real estate held by the plaintiff's limited liability companies, including the marital home, and any income generated by those properties, could be treated as marital assets and, if so, under what conditions.

        The Business Law and Family Law Sections of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2015


Clerk

d0603